AARON R. DEAN, ESQ.
Nevada Bar No. 9541
THE DEAN LEGAL GROUP, LTD.
725 S. 8th Street Suite B
Las Vegas, Nevada 89101
Tele: 702) 823-1354
Fax:  (702) 823-2368
Email: *adean@deanlegalgroup.com*
Attorney for *Steve Ayres, Trustee of The 8117 Guava Nectar Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREEN TREE SERVICING, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION; S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST; and DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 8117 Guava Nectar Ave., Las Vegas, NV  89131,<br><br>Defendants. | Case No.:  2:15-cv-00477-APG-VCF |
| S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST,<br><br>Counterclaimant,<br><br>v.<br><br>GREEN TREE SERVICING, LLC,<br><br>Counterdefendant, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST TO RESPOND TO PLAINTIFF/COUNTERDEFENDANT GREEN TREE SERVICING LLC'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOIR QUIET TITLE AD FIRST AMENDED ANSWER TO COUNTERCLAIMANT'S COUNTERCLAIM** |
| ELKHORN COMMUNITY ASSOCIATION; S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST<br><br>Third Party Plaintiff,<br><br>ANGIUS & TERRY COLLECTIONS, LLC; JENNIFER WILLIAMS; LAURENCE WILLIAMS,<br><br>Third Party Defendants | **FIRST REQUEST** |

-1-

Defendant/Counterclaimant, S. Ayres, Trustee of the 8117 Guava Nectar Trust, and Plaintiff/Counterdefendant, Green Tree Servicing, LLC, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that S. Ayres, Trustee of the 8117 Guava Nectar Trust shall have until January 29, 2016 to file it Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint [DE 32], and Plaintiff/Counterdefendant shall have until February 19, 2016 to file its Reply in support of the motion for leave. The response is currently due to be filed on January 25, 2016.

This is the first request to extend time for these documents. It is not intended for purposes of delay but to accommodate various counsels' schedules.

| Dated this 26th day of January, 2016 | Dated this 26th day of January, 2016 |
|---|---|
| THE DEAN LEGAL GROUP, LTD. | WOLFE & WYMAN, LLP |
| /s/ Aaron R. Dean, Esq. /s/ | /s/ Colt B. Dodrill, Esq. /s/ |
| Aaron R. Dean, Esq.<br>Nevada Bar No.: 9541<br>725 S. 8th Street, Ste. B<br>Las Vegas, Nevada 89101<br>Phone: (702) 823-1354<br>Fax: (702) 823-2368<br>adean@deanlegalgroup.com<br>*Attorney for S. Ayres, Trustee<br>Of the 8117 Guava Nectar Trust* | Colt B. Dodrill, Esq.<br>Nevada Bar No.: 9000<br>980 Kelly Johnson Drive, Ste. 140<br>Las Vegas, Nevada 89119<br>Phone: (702) 476-0100<br>Fax: (702) 476-0101<br>cbdodrill@wolfewyman.com<br>*Attorneys for Green Tree Servicing, LLC<br>n/k/a Ditech Financial LLC* |

**ORDER**

**IT IS SO ORDERED**

DATED this 2nd day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

-2-