# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GREEN TREE SERVICING LLC, | |
| Plaintiff, | 2:15-cv-00477-APG-VCF |
| vs. | |
| ELKHORN COMMUNITY ASSOCIATION; *et al.*, | **ORDER** |
| Defendants. | |
| And all related claims. | |

Before the court is Plaintiff/Counterdefendant Green Tree Servicing LLC's Motion for Leave to File Second Amended Complaint for Quiet Title and First Amended Answer to Counterclaimant S. Ayres, Trustee of the 8117 Guava Nectar Trust's Counterclaim (#30 & #32).

Local Rule 7-2(d) states, "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion." Here, Defendants failed to file points and authorities in opposition to Plaintiff's motion. As a result, Defendants consented to the granting of the motion under Local Rule 7-2(d).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff/Counterdefendant Green Tree Servicing LLC's Motion for Leave to File Second Amended Complaint for Quiet Title and First Amended Answer to Counterclaimant S. Ayres, Trustee of the 8117 Guava Nectar Trust's Counterclaim (#30 & #32) is

///

GRANTED.  The amended complaint and first amended answer must be filed on or before March 15, 2016.

DATED this 8th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE