DARREN T BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Plaintiff*
*Green Tree Servicing LLC, now known as*
*Ditech Financial LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ELKHORN COMMUNITY ASSOCIATION; S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST; DOES 1 through 10, inclusive; ROSE Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 8117 Guava Nectar Ave., Las Vegas, NV 89131<br><br>Defendants. | CASE NO.:   2:15-cv-00477-APG-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Green Tree Servicing LLC, now known as Ditech Financial LLC, consents to the substitution of Darren T. Brenner, Esq., and Natalie L. Winslow, Esq. of AKERMAN, LLP as its counsel of record in the place and stead of Colt B. Dodrill, Esq. of WOLFE & WYMAN LLP in the above-entitled matter.

DATED this ___ day of March, 2016.

**GREEN TREE SERVICING LLC, now known as Ditech Financial LLC**

By: _____

Its: _____

{37939410;1}

Colt B. Dodrill, Esq. of WOLFE & WYMAN LLP consents to the substitution of Darren T. Brenner, Esq., and Natalie L. Winslow, Esq. of Akerman, LLP as counsel of record in his place and stead on behalf Green Tree Servicing LLC, now known as Ditech Financial LLC.

DATED this _____ day of March, 2016.

            WOLFE & WYMAN LLP

            /s/ Colt J. Dodrill
            COLT B. DODRILL, ESQ.
            Nevada Bar No. 9000
            980 Kelly Johnson Drive, Suite 140
            Las Vegas, NV 89119

Darren T. Brenner, Esq. and Natalie L. Winslow, Esq. of the law firm AKERMAN LLP, consent to their substitution as counsel of record for Green Tree Servicing LLC, now known as Ditech Financial LLC in the place and stead of Colt B. Dodrill, Esq. of WOLFE & WYMAN LLP.

DATED this _____ day of March, 2016.

            AKERMAN LLP

            _____
            DARREN T. BRENNER, ESQ.
            Nevada Bar No. 8386
            NATALIE L. WINSLOW, ESQ.
            Nevada Bar No. 12125
            1160 Town Center Drive, Suite 330
            Las Vegas, Nevada 89144

            *Attorneys for Plaintiff Green Tree Servicing LLC, now known as Ditech Financial LLC*

Colt B. Dodrill, Esq. of WOLFE & WYMAN LLP consents to the substitution of Darren T. Brenner, Esq., and Natalie L. Winslow, Esq. of Akerman, LLP as counsel of record in his place and stead on behalf Green Tree Servicing LLC, now known as Ditech Financial LLC.

DATED this _____ day of March, 2016.

WOLFE & WYMAN LLP

_____
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119

Darren T. Brenner, Esq. and Natalie L. Winslow, Esq. of the law firm AKERMAN LLP, consent to their substitution as counsel of record for Green Tree Servicing LLC, now known as Ditech Financial LLC in the place and stead of Colt B. Dodrill, Esq. of WOLFE & WYMAN LLP.

DATED this 4 day of March, 2016.

AKERMAN LLP

_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Green Tree Servicing LLC, now known as Ditech Financial LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Dated:_____
April 4, 2016

{37939410;1}                    3