ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
*Attorneys for Plaintiff/Counter-Defendant Green Tree Servicing LLC, now known as Ditech Financial LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION; S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST; XIN ZHANG, JIANGTAO LI,<br><br>         Defendants. | Case No.: 2:15-cv-00477-APG-VCF<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO RESPOND TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION [ECF NO. 61]** |
| S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST,<br><br>         Counter-Claimant,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC,<br><br>         Counter-Defendant, | |
| ELKHORN COMMUNITY ASSOCIATION, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST;<br><br>         Third-Party Plaintiff,<br><br>vs.<br><br>ANGIUS & TERRY COLLECTIONS, LLC; JENNIFER WILLIAMS, LAWRENCE WILLIAMS,<br><br>         Third-Party Defendants. | |

{38637206;1}

Plaintiff/counter-defendant Green Tree Servicing, LLC, now known as Ditech Financial LLC (**Green Tree**) moves the Court for an order enlarging its time to respond to this Court's June 3, 2016 order to show cause until July 8, 2016. The Court hereby GRANTS the motion. Green Tree shall have until July 8, 2016 to file its response to the Court's June 3, 2016 order to show cause.

IT IS SO ORDERED.

_____
United District Court Judge

Dated: July 7, 2016

{38637206;1}