# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-00477-APG-VCF<br>**MINUTE ORDER** |

　　　　Before the Court is Defendant's Motion to (1) Substitute Real Party In Interest; (2) Withdraw as Counsel; (3) Adjudicate Attorney's Lien; (4) and Request for Order Shortening Time (ECF No. 73).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that any opposition to Defendant's Motion to (1) Substitute Real Party In Interest; (2) Withdraw as Counsel; (3) Adjudicate Attorney's Lien (4) and Request for Order Shortening Time (ECF No. 73) must be filed on or before September 12, 2016.  Any reply in support of the instant motion must be filed on or before September 19, 2016.

　　　　IT IS FURTHER ORDERED that a hearing on Defendant's Motion to (1) Substitute Real Party In Interest; (2) Withdraw as Counsel; (3) Adjudicate Attorney's Lien (4) and Request for Order Shortening Time (ECF No. 73) is scheduled for 1:00 p.m., September 22, 2016, in Courtroom 3D.

　　　　DATED this 30th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE