# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC, | Case No.: 2:15-cv-00477-APG-DJA |
| Plaintiff | **Order for Status** |
| v. | |
| ELKHORN COMMUNITY ASSOCIATION, et al., | |
| Defendants | |

IT IS ORDERED that the parties shall file a status report regarding plaintiff Green Tree Servicing LLC's bankruptcy within 60 days of the date of this order, and every 6 months thereafter.

DATED this 9th day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE