MORRIS LAW CENTER
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Jiangtao Li and Xin Zhang*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>Plaintiff,<br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION; S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST; SIN ZHANG, and JIANGTAO LI,<br><br>Defendants. | Case No.: 2:15-cv-00477-APG-DJA |
| AND ALL RELATED MATTERS. | |

**STIPULATION AND ORDER TO SUBSTITUTE PROPER PARTY IN INTEREST AND AMEND CAPTION**

. . .

. . .

. . .



MORRIS LAW CENTER ATTORNEYS AT LAW

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Green Tree Servicing, LLC, now known as Ditech Financial, LLC, by and through its counsel of record, Ariel E. Stern, Esq. and Scott R. Lachman, Esq., of Akerman, LLP, and Defendants Jiangtao Li and Xin Zhang, by and through their counsel of record, Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq., of Morris Law Center, that Roger Wu be substituted as the proper party in interest in place and instead of Jiangtao Li and Xin Zhang. The caption shall be amended to reflect the proper party.

Dated: 15th day of November, 2019.

MORRIS LAW CENTER

By: ______________________
Sarah A. Morris, Esq.
Nevada Bar No. 8461
Timothy A. Wiseman, Esq.
Nevada Bar No. 13786
*Attorneys for Jiangtao Li and Xin Zhang*

Dated: 15th day of November, 2019.

AKERMAN, LLP

By: */s/ Scott R. Lachman*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Scott R. Lachman, Esq.
Nevada Bar No. 12016
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED** that Roger Wu be substituted as the proper party in interest in place of Jiantao Li and Xin Zhang. The caption shall be amended to reflect the proper party.

DATED:______________________, 2019.

______________________
UNITED STATES DISTRICT JUDGE



MORRIS LAW CENTER
ATTORNEYS AT LAW

MORRIS LAW CENTER
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATON AND ORDER TO SUBSTITUTE PROPER PARTY IN INTEREST AND AMEND CAPTION** by the method indicated:

______ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

______ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the email addresses set forth below and/or included on the Court's Service List for the above-referenced case.

______ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

______ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

______ **BY PERSONAL DELIVERY:** by causing personal delivery via messenger service of the document(s) listed above to the person(s) at the address(es) set forth below.

**X** **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

and addressed to the following:

Akerman LLP

| | |
|---|---|
| Ariel E. Stern | ariel.stern@akerman.com |
| Jennifer Richardson | jennifer.richardson@akerman.com |
| Akerman Las Vegas | akermanlas@akerman.com |
| Donna M. Wittig | donna.wittig@akerman.com |
| Darren T. Brenner | darren.brenner@akerman.com |
| Erin Abugow | erin.abugow@akerman.com |
| Tracey Wayne | tracey.wayne@akerman.com |
| Natalie L. Winslow | natalie.winslow@akerman.com |
| Scott R. Lachman | scott.lachman@akerman |

. . .

The Dean Legal Group, LTD
Aaron R. Dean adean@deanlegalgroup.com
service@deanlegalgroup.com
mgarth@deanlegalgroup.com

Nevada Association Services, Inc.
Christopher V. Yergensen chris@nas-inc.com
Susan E. Moses susanm@nas-inc.com

Boyack Orme & Anthony
Edward D. Boyck ted@boyacklaw.com
Marcia Wright marcia@boyacklaw.com
Christopher Anthony canthony@boyacklaw.com
mike@boyacklaw.com
assistant@boyacklaw.com
paralegal@boyacklaw.com

Dated this 15th day of November, 2019.

An employee of Morris Law Center