ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Green Tree Servicing LLC, now known as Ditech Financial LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>Plaintiff,<br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION; S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST; ROGER WU,<br><br>Defendants. | Case No. 2:15-cv-00477-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| S. AYRES, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST,<br><br>Counter-Claimant,<br>vs.<br><br>GREEN TREE SERVICING, LLC,<br><br>Counter-Defendant. | |
| ELKHORN COMMUNITY ASSOCIATION, TRUSTEE OF THE 8117 GUAVA NECTAR TRUST,<br><br>Third-Party Plaintiff,<br>vs.<br><br>ANGIUS & TERRY COLLECTIONS, LLC; JENNIFER WILLIAMS, LAWRENCE WILLIAMS,<br><br>Third-Party Defendants. | |

51964600;1

Green Tree Servicing LLC, now known as Ditech Financial LLC (**Ditech**) and Roger Wu (**Wu**) stipulate that Ditech and Wu shall each have an additional seven (7) days, up to and including **February 27, 2020**, to file their replies in support of their motions for summary judgment, which are currently due on February 20, 2020. The motions for summary judgment (ECF Nos. 116 and 117) were filed on January 16, 2020, and the responses (ECF Nos. 119 and 120) were filed on February 6, 2020. This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 13th day of February 2020.

| **AKERMAN LLP** | **THE MORRIS LAW CENTER** |
|---|---|
| /s/ Scott R. Lachman | /s/ Timothy A. Wiseman |
| ARIEL E. STERN, ESQ. | SARAH A. MORRIS |
| Nevada Bar No. 8276 | Nevada Bar No. 8461 |
| SCOTT R. LACHMAN, ESQ. | TIMOTHY A. WISEMAN |
| Nevada Bar No. 12016 | Nevada Bar No. 13786 |
| 1635 Village Center Circle, Suite 200 | 5450 W. Sahara Avenue, Suite 330 |
| Las Vegas, NV 89134 | Las Vegas, NV 89146 |
| *Attorneys for Green Tree Servicing LLC, now known as Ditech Financial LLC* | *Attorneys for Roger Wu* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 13, 2020.

51964600;1