# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREEN TREE SERVICING LLC,

    Plaintiff

v.

AARON R. DEAN, et al.,

    Defendants

Case No.: 2:15-cv-00477-APG-DJA

**Order Dismissing Remaining Claims and Closing Case**

    On June 1, 2020, I ordered third-party plaintiff Steve Ayers, Trustee of the 8117 Guava Nectar Trust and third-party plaintiff Elkhorn Community Association to either voluntarily dismiss their third party claims or take action to pursue those claims by July 1, 2020.  I advised the third-party plaintiffs that if they did not take action by that date, I would dismiss the claims without prejudice.  No one responded to my order.  I therefore dismiss the third-party claims without prejudice.  Because those were the only remaining claims in the case, I direct the clerk of court to enter final judgment consistent with this order and my prior order (ECF No. 126) and to close this case.

    I THEREFORE ORDER that third-party plaintiff Steve Ayers, Trustee of the 8117 Guava Nectar Trust's third-party claims against Jennifer Williams and Laurence Williams are dismissed without prejudice.

    I FURTHER ORDER that third-party plaintiff Elkhorn Community Association's third-party claims against Angius & Terry Collections, LLC are dismissed without prejudice.

    I FURTHER ORDER the clerk of court to enter final judgment consistent with this order and my prior order (ECF No. 126) and to close this case.

    DATED this 8th day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE